# EXHIBIT 2



**QBE INSURANCE GROUP**
ANNUAL REPORT DECEMBER 2011

A clear vision supporting a
diversified, entrepreneurial, specialist, global business.



QBE has grown and evolved over its long history and achieved its objective to become internationally recognised as a highly successful general insurance and reinsurance Group.

The markets in which we operate are constantly changing and conditions impacting the global insurance industry will continue to be challenging. With our many years of experience and a strong entrepreneurial culture, we are confident that we have the flexibility, resilience and resources to successfully navigate the terrain ahead of us.

As we enter 2012, we have refreshed our vision, setting ourselves new aspirational goals reflecting the Group's scale and diversity.

## OUR VISION

To be the most successful global insurer and reinsurer in the eyes of our customers, our people, our shareholders and the community.

- We will grow and deliver market-leading profitability in all our chosen businesses.

- We will excel in the design and delivery of our products and services.

- We will develop "can do" people who live our essential behaviours in everything they do.

- We will increase the long-term wealth of our shareholders.

## OUR VISION IS UNDERPINNED BY OUR FOUNDATIONAL VALUES

Our values which underpin the unique QBE culture are demonstrated through QBE's nine essential behaviours known by the acronym OPENUP QBE. These behaviours and attitudes, as applied by QBE people on a day to day basis, are the common threads binding together the diversity of our worldwide organisation.

## CONTENTS

| | |
|---|---|
| 2011 in review | 1 |
| Chairman's report | 2 |
| Chief executive officer's report | 8 |
| Group financial targets and performance goals | 20 |
| QBE executive team | 22 |
| Risk management and regulatory developments | 24 |
| Operations overview | 28 |
| North American operations review | 30 |
| Latin American operations review | 33 |
| European operations review | 36 |
| Australian operations review | 39 |
| Asia Pacific operations review | 42 |
| Equator Re review | 45 |
| Board of directors | 48 |
| Group executive biographies | 50 |
| Corporate governance statement | 51 |
| Directors' report | 56 |
| Annual financial report | 89 |
| Directors' declaration | 162 |
| Independent auditor's report | 163 |
| Shareholder information | 164 |
| Financial calendar and ASX announcements | 168 |
| 10 year history | 169 |
| Glossary of insurance terms | 170 |

# **2011** IN REVIEW

### GROSS WRITTEN PREMIUM

| | |
|---|---|
| 2011 | 18,291 |
| 2010 | 13,629 |
| 2009 | 11,239 |
| 2008 | 11,015 |
| 2007 | 10,391 |

US**$18,291** million, up **34**%

### NET EARNED PREMIUM

| | |
|---|---|
| 2011 | 15,359 |
| 2010 | 11,362 |
| 2009 | 9,446 |
| 2008 | 9,293 |
| 2007 | 8,552 |

US**$15,359** million, up **35**%

### UNDERWRITING PROFIT

| | |
|---|---|
| 2011 | 494 |
| 2010 | 1,168 |
| 2009 | 981 |
| 2008 | 1,069 |
| 2007 | 1,204 |

US**$494** million, down **58**%

### CASH FLOW FROM OPERATIONS

| | |
|---|---|
| 2011 | 2,139 |
| 2010 | 1,362 |
| 2009 | 1,344 |
| 2008 | 1,886 |
| 2007 | 1,988 |

US**$2,139** million, up **57**%

### NET PROFIT AFTER INCOME TAX

| | |
|---|---|
| 2011 | 704 |
| 2010 | 1,278 |
| 2009 | 1,532 |
| 2008 | 1,558 |
| 2007 | 1,612 |

US**$704** million, down **45**%

### SHAREHOLDERS' FUNDS

| | |
|---|---|
| 2011 | 10,386 |
| 2010 | 10,311 |
| 2009 | 9,164 |
| 2008 | 7,834 |
| 2007 | 7,435 |

US**$10,386** million, up **1**%

## GROUP OPERATING PERFORMANCE

| FOR THE YEAR ENDED 31 DECEMBER | | 2011 | 2010 | % CHANGE |
|---|---|---|---|---|
| Gross written premium | US$M | **18,291** | 13,629 | 34 |
| Net earned premium | US$M | **15,359** | 11,362 | 35 |
| Combined operating ratio (COR) | % | **96.8** | 89.7 | |
| Insurance profit | US$M | **1,085** | 1,703 | (36) |
| Insurance profit to net earned premium | % | **7.1** | 15.0 | |
| Underwriting profit | US$M | **494** | 1,168 | (58) |
| Net investment income (including foreign exchange gains) | US$M | **776** | 659 | 18 |
| Cash flow from operations | US$M | **2,139** | 1,362 | 57 |

## PROFIT AND DIVIDEND

| FOR THE YEAR ENDED 31 DECEMBER | | 2011 | 2010 | % CHANGE |
|---|---|---|---|---|
| Net profit after income tax | US$M | **704** | 1,278 | (45) |
| Return on average shareholders' funds | % | **6.8** | 13.1 | |
| Basic earnings per share[1] | US cents | **64.7** | 123.2 | (47) |
| Diluted earning per share | US cents | **61.3** | 119.6 | (49) |
| Dividend per share | Australian cents | **87.0** | 128.0 | (32) |
| Dividend payout | A$M | **956** | 1,336 | (28) |

(1)   Reflects shares notified to the Australian Securities Exchange.



# Chairman's report

> " Insurance has always been a cyclical business. Whilst we are disappointed by the reduction in net profit in 2011, the outlook for 2012 is positive due to increasing premium rates, reduced exposure to certain catastrophe-prone business and our comprehensive reinsurance protections. "

**BELINDA HUTCHINSON AM** CHAIRMAN

## SHAREHOLDERS' HIGHLIGHTS

| FOR THE YEAR ENDED 31 DECEMBER | | 2011 | 2010 |
|---|---|---|---|
| Underwriting profit | US$M | 494 | 1,168 |
| Net profit after income tax | US$M | 704 | 1,278 |
| Basic earnings per share[1] | US cents | 64.7 | 123.2 |
| Diluted earnings per share | US cents | 61.3 | 119.6 |
| Dividend payout | A$M | 956 | 1,336 |
| Dividend per share[1] | Australian cents | 87.0 | 128.0 |
| Net tangible assets per share[1] | US$ | 3.92 | 4.76 |
| Cash flow from operations | US$M | 2,139 | 1,362 |
| Total investments and cash[2] | US$M | 28,024 | 25,328 |
| Total assets | US$M | 46,737 | 41,386 |
| Shareholders' funds | US$M | 10,386 | 10,311 |
| Return on average shareholders' funds | % | 6.8 | 13.1 |
| Borrowings to shareholders' funds | % | 45.8 | 31.5 |
| Capital adequacy multiple | | 1.5 | 1.6 |

(1)  Reflects shares notified to the Australian Securities Exchange.
(2)  Includes financial assets, cash, investment properties and property held for sale.



**NET PROFIT
AFTER INCOME TAX**

US**$704**M

Down **45**% from last year

**DIVIDEND PER SHARE**

**87** Australian cents

Down **32**% from last year

**CASH FLOW
FROM OPERATIONS**

US**$2,139**M

Up **57**% from last year

## 2011 RESULTS

QBE and the general insurance industry globally faced significant challenges in 2011 due to an abnormally large number of natural disasters and difficult investment market conditions resulting from the European debt problems. Your board and management are disappointed to report a reduction in net profit after income tax from US$1,278 million in 2010 to US$704 million.

The major contributor to this result was the increased frequency and severity of natural disasters around the world, which led to a record level of catastrophe claims for QBE and the industry. The major events impacting QBE included the two Christchurch earthquakes; the Japanese earthquake and tsunami; in Australia, storms and bushfires; in the US, tornadoes, hurricanes, wildfires and floods; and the major Thailand floods. Munich Re has estimated that the global economic cost of these catastrophes in 2011 was around US$380 billion, with the cost to the insurance industry around US$105 billion – the largest amount in the history of the industry.

In summary, catastrophe claims cost QBE US$1,733 million in 2011 compared with US$580 million in 2010. The detailed financial impact of these events is provided in the chief executive officer's report.

As a general insurer, QBE is in the business of managing risk. QBE manages its underwriting risk from catastrophe claims through the processes of business selection; setting of premium rates and terms and conditions; and through reinsurance. Over the last 10 years, this risk management strategy has been effective in protecting the Group from large individual risks and catastrophe claims. In 2011, large individual risk and catastrophe claims were 15.3% of QBE's net earned premium. This led to the Group reporting a combined operating ratio of 96.8% compared with its target of below 90%. Although QBE failed to meet its internally set objectives, it outperformed the majority of its global competitors that have reported to date.

In 2011, the Group implemented a new, more comprehensive multi-year reinsurance program which provided additional benefits of US$219 million when compared with the 2010 reinsurance program had it been in place in 2011.

QBE has always reviewed its experience from catastrophes and implemented actions to improve the reward from risks underwritten. Following the 2011 catastrophes, further action has been taken to reduce QBE's catastrophe-exposed business in certain areas; increase premium rates and deductibles; and purchase additional reinsurance cover to the extent available in the market. Based on experience, it is unlikely that QBE would be faced with a similar frequency of catastrophes in 2012; however, the Group has now reduced its potential exposure to a similar set of occurrences.

In addition to the increased cost of catastrophe claims, the Group was impacted by the deterioration in global investment markets in the second half of the year due to the European sovereign and bank debt problems. QBE's result was impacted in two ways. Firstly, QBE's underwriting profit was reduced by approximately US$252 million due to the significant reduction in risk-free rates used to discount outstanding claims. Under Australian accounting standards, insurers are required to discount claims provisions, with lower risk-free rates reducing reported profit. QBE's competitors in Europe and the US are not required to discount their claims provisions as they report under different financial reporting standards.

Profit was also impacted by lower investment yields and increased credit spreads on the Group's high quality bond portfolio. QBE holds around US$19 billion in cash and fixed interest securities to support its obligations to policyholders. A substantial proportion of these are denominated in US dollars, sterling and euros due to our operations in the US and Europe where local regulators require investments to be held in these local currencies. The gross yield on our investments and cash, including foreign exchange gains, was 3.1%, compared with 2.9% last year. Overall, net investment income was US$776 million compared with US$659 million last year.

## CHAIRMAN'S REPORT CONTINUED

Net investment income of US$776 million was reduced by US$241 million of mark to market losses due to rising credit spreads on the Group's bond portfolio. Under Australian accounting standards, insurers are required to fair value investments backing policyholders' funds through the income statement. QBE's competitors based in the US and Europe are not subject to the same requirement.

On a positive note, QBE's conservative investment strategy has meant that it has again recorded no permanent diminution in the value of its fixed income securities, despite ongoing turmoil in the fixed income markets. In addition, QBE reduced its exposure to equities which minimised the potential for losses from the portfolio.

In summary, the record catastrophes claims, lower risk-free rates used for discounting outstanding claims and lower investment income reduced QBE's insurance profit margin to 7.1% from 15.0% in 2010 and significantly reduced net profit after tax.

Diluted earnings per share fell 49% to 61.3 US cents per share in 2011 from 119.6 US cents per share last year due to the lower net profit after tax. The return on average shareholders' funds for the year was 6.8% compared with 13.1% in 2010. QBE's five year average return on shareholders' funds of 16.0% and combined operating ratio of 90.9% outperformed the majority of the top 50 global insurers and reinsurers.

### DIVIDEND AND DIVIDEND POLICY

In response to the impact of the record level of catastrophes and lower interest rates on net profit after tax, the directors took the difficult but prudent decision to reduce the final dividend to 25 Australian cents per share from 66 Australian cents per share in 2010. This decision was made to preserve capital and allow for future growth. The major international rating agencies have confirmed QBE's existing ratings. The final dividend will be franked at 25% compared with 10% for the 2010 final dividend.

The total dividend for the year is 87 Australian cents per share compared with 128 cents last year. The total dividend, before reinvestment under the dividend reinvestment plans, is A$956 million, down 28% from A$1,336 million last year.

The directors consider that the dividend policy going forward should be a payout ratio of up to 70% of reported net profit after tax. This ratio will enable the Group to retain capital for growth and maintain its capital adequacy levels to meet the more stringent requirements being imposed by regulators and rating agencies. This is discussed in more detail under the heading "Capital position".

### QBE SHARE PRICE PERFORMANCE

Reflecting the difficult conditions for the Group and the industry, it has been a disappointing year in terms of QBE's share price performance. Including reinvestment of dividends, QBE shares decreased in value by 22.5% in the year compared with the Australian All Ordinaries Accumulation Index which recorded a decrease in 2011 of 11.5%. Over the longer term, QBE shares outperformed the index with a compound annual average growth rate of 10.6% over 10 years and 13.9% over 20 years compared with 6.3% and 8.9% respectively for the index.

### ACQUISITIONS

QBE has a longstanding and successful strategy of growth by acquisition. Our experience of past economic upheavals, such as the one we are currently experiencing in Europe, is that merger and acquisition activity in the insurance sector is likely to increase with further market consolidation as companies seek to protect capital and reduce risk. Group and divisional executives constantly review the market for opportunities to expand and diversify QBE's business within strict parameters around financial returns. In particular, potential acquisitions must be earnings per share accretive in year one. Our focus at this time is limited to securing bolt-on acquisitions in the markets in which we operate to take advantage of current pricing and to achieve synergies and economies in combining acquisitions with our existing businesses.

The acquisitions made in 2010 and 2011 have exceeded our expectations for profitability. Further details are included in the chief executive officer's report.

### BORROWINGS

QBE has a conservative and carefully structured debt portfolio. The maturity profile of borrowings is 11% payable within one year, 52% in one to five years and 37% payable beyond five years. The portfolio has a mix of senior and hybrid debt with 29% of borrowings having the potential for conversion into QBE shares, providing the board with substantial flexibility for the future.

During the year, we were able to take advantage of a window of opportunity in debt markets to lock in the issue of US$1.0 billion and £325 million of subordinated debt securities. These securities have a 30 year tenure at a fixed rate of 7.3% for the US component and 7.5% for the sterling component, with a call at year 10. The securities are treated as allowable capital for regulatory and rating agencies. As a consequence, our ratio of borrowings to shareholders' funds is now 45.8%, up from 31.5% last year, but within the Group's policy of borrowings not exceeding 50% of shareholders' funds. Total borrowings at 31 December 2011 were US$4,757 million. During 2012, we expect to reduce borrowings to less than 40% of shareholders' funds. The weighted average cost of our borrowings at 31 December 2011 was 5.9% compared with 5.3% at 31 December 2010.

### CAPITAL POSITION

The board and management continue to focus on ensuring that the financial strength of all of QBE's operating entities is maintained at a level adequate to meet obligations to our policyholders and requirements of counterparties, regulatory authorities and rating agencies. The financial strength rating of our major insurance entities has recently been confirmed by the major rating agencies at A+ or equivalent with an A credit rating for the parent company.

QBE's regulatory capital and solvency levels remain sound for the various regulated insurance entities around the world and the consolidated Group. QBE calculates its minimum capital requirement using the Australian Prudential Regulation Authority's (APRA) risk-based capital approach for Australian insurance groups. On this basis, the Group's capital adequacy multiple at 31 December 2011, after allowing for the anticipated reinvestment of the final dividend, was 1.5 times or US$2.5 billion in excess of the minimum capital requirement of US$5.0 billion. The QBE board considers excess regulatory capital to be necessary in providing flexibility for the future.



## QBE WORKPLACE DIVERSITY

QBE's workforce diversity policy is aligned with the essential behaviours that form our corporate culture, in particular maintaining absolute integrity in all we do. Our aim is to create a workforce that is fair and inclusive and to attract and retain the best people to do the job.

Through our Group vision to develop "can do" people who live our essential behaviours in everything they do, we will achieve positive business outcomes through the efforts of a strong, cohesive and committed workforce across our global network.

To help achieve our workplace diversity initiatives in 2012 and beyond, QBE has established a workforce diversity committee, headed by the chief executive officer of global underwriting operations. The committee is responsible for monitoring of progress against agreed objectives and reporting to the board to ensure the implementation of this strategic objective in line with the Group's vision.

## GLOBAL MANAGEMENT STRUCTURE

Given the increasing size and complexity of QBE's global business, a number of organisational changes were made in 2011. Firstly, the position of chief executive officer of global underwriting operations was established and filled by John Neal, who was previously the chief underwriting officer of QBE's European operations. In this role, reporting directly to the Group chief executive officer, Mr Neal is responsible for overseeing all of QBE's operating divisions and for ensuring the sharing of knowledge and experience between QBE's businesses around the world. Global forums have been established covering underwriting, reinsurance, shared services and information technology to improve the Group's financial and operational performance, especially cost efficiency.

Given the growth in QBE's Australian business, Australian operations, which was previously part of the Australia and Asia Pacific division, was set up as a standalone division of the Group under the leadership of Colin Fagen. In addition, an Australian operations board has been established with Mr Nick Greiner AC as chairman, together with three independent directors, Mr John Gilbert, Mr Tony McGrath and Ms Jann Skinner, to provide oversight of this business. QBE already has regional boards in the US and Europe which provide valuable oversight of, and advice to, the operations in these regions. QBE's Asia Pacific operations is also now a standalone division with Michael Goodwin being the divisional chief executive officer.

The board wishes to thank Vince McLenaghan, who was the chief executive officer of Australia and Asia Pacific until the restructure described above, for his loyal contribution to QBE over many years.

QBE's Latin American businesses have grown substantially over the past five years with operations in Argentina, Colombia, Brazil, Ecuador, Mexico and, more recently, Chile and Puerto Rico. In recognition of the scale of this business, Latin America will now operate as a standalone division under the divisional chief executive officer, Jose Sojo.

## GLOBAL WORKPLACE DIVERSITY

With operations in 52 countries, QBE recognises that workforce diversity is critical to building and maintaining a workplace that is fair and inclusive. Through QBE's vision, values and essential behaviours, the Group seeks to retain and attract the best people to do the job and to enable them to achieve sustainable high performance. We believe that drawing upon the wide variety of capabilities, ideas and insights of our employees enhances the quality of decision making and entrepreneurship.

The guiding principles of workplace diversity within QBE have been in place for some years. In 2011, QBE undertook a survey of its top 2,500 managers around the world on workplace diversity. As a result of this survey, QBE is planning to introduce a range of initiatives including a new workplace flexibility policy, manager education programs and development of a "keeping in touch" program for those taking parental leave.



**QBE FOUNDATION**

**The QBE Foundation was launched in April 2011 and is QBE's major global corporate responsibility initiative. The philosophy of the foundation is to support vocational opportunities globally.**

QBE believes that through work, an individual's ultimate ability and potential can be realised. With vocational goals in mind, the foundation seeks to support individuals and groups across many countries, including providing support for community-based initiatives in the developing world such as micro-loans for small business entrepreneurs.

The objectives of the QBE Foundation are to:

→ make a difference in key areas that align with QBE's vision and values;

→ drive employee engagement by developing networking and a strong team-based culture; and

→ maximise the return and impact for any collection, distribution and allocation of philanthropic resources.

## THE QBE FOUNDATION

The QBE Foundation was launched in April 2011 and is QBE's major corporate responsibility initiative. The intention of the QBE Foundation is to extend beyond philanthropy and to create a platform for QBE and its employees to engage with the communities in which we operate.

The activities of the foundation encompass a co-ordinated approach to grants, employee matching and volunteer opportunities. The philosophy of the foundation is to support vocational opportunities globally.

With vocational goals in mind, the foundation seeks to support individuals and groups to live more independently, successfully and productively. As such, the QBE Foundation sets out to support women and men, both the young and the mature worker, to overcome disadvantage and expand on their abilities.

Our philosophy also mirrors our insurance role in the community where we are uniquely placed to assist people when they find themselves in need through accident or misadventure.

The foundation was supported by an initial commitment of US$5 million. Further amounts are set aside each year, equal to 0.5% of the Group's pre-tax profit. In 2011, we provided support to over 80 organisations globally. Our partnerships with these organisations have been supplemented with matched giving and volunteer days.

## EXECUTIVE REMUNERATION

Details of remuneration arrangements for key management personnel, including the directors, are set out in the remuneration report on pages 61 to 86 of the annual report.

The guiding principles adopted by the board are to ensure a transparent, simple and easy to understand performance and reward strategy; performance-based targets linking individual outcomes to the achievement of financial targets, objectives and business strategies; and the alignment of reward to shareholders' interests through the achievement of short-term and long-term financial targets based on risk adjusted return on equity, insurance profit and investment performance.

QBE's net profit and return on equity in 2011 will mean that many of the executive managers and staff will receive much reduced or no incentive awards despite QBE outperforming most of its global peers. This clearly shows that the remuneration programs are closely aligned with shareholders' interests.

# OUTLOOK FOR 2012

The outlook for 2012 is positive. Net earned premium is expected to increase slightly due to a forecast 5% overall average increase in premium rates and the acquisitions announced to date. This growth will be partly offset by a reduction of premium income in certain catastrophe-exposed classes. Our underlying internal targets for the combined operating ratio and insurance profit margin have not changed from those previously advised to the market; however, due to uncertainty about risk-free rates used to discount outstanding claims and credit spreads, our financial targets are for a combined operating ratio of less than 90% and an insurance profit margin of 13% or better.

Although there are signs of economic recovery in the US, the ongoing debt and economic issues in Europe are likely to continue to create uncertainty and volatility in investment markets. As a result, QBE will maintain its conservative investment strategy with the yield on cash and fixed income securities expected to remain at around 3%. QBE will not take on the additional risk to its profits that can arise from investing in higher yielding but lower rated securities.

The above targets for 2012 are set out in more detail in the chief executive officer's report. The achievement of these targets is subject to no material adverse movement in budgeted foreign exchange rates; large individual risk and catastrophe claims not exceeding the substantial allowance in our business plans; and stable debt and equity markets.

Our prospects for the future have been, and will continue to be, influenced by changes in global economic and environmental conditions. To minimise the risks relating to our insurance and investment operations, and to protect the interests of all our stakeholders, management has in place an efficient and effective business planning process. Management has taken action to reduce exposure to catastrophe-exposed business, increase premium rates, improve terms and conditions and increase reinsurance coverage. Although it is highly unlikely that the industry will experience a repeat of the high frequency of catastrophes seen in 2011, QBE is now better positioned as a result of actions taken.

## CONCLUSION

The natural disasters of 2011 have created enormous suffering and hardship for many individuals, families and communities around the world, to whom we express our deep sympathy. QBE has sought to do its part in the face of these disasters by responding efficiently to the numerous claims from our policyholders. On behalf of the board, I wish to particularly thank our claims teams in Australia, New Zealand, the US and Thailand for their hard work and dedication following the Queensland and Victorian storms, cyclone Yasi in Australia, the Christchurch earthquakes, the record number of tornadoes in the US and the Thailand floods.

On behalf of the board, I wish to acknowledge the hard work and contribution of all the QBE staff around the world during 2011. In a year of record catastrophes, QBE is fortunate to have its highly professional, experienced and competent team of managers ably led by the chief executive officer, Frank O'Halloran. Achieving a combined operating ratio of 96.8% in this environment is a real credit to the discipline and underwriting skills of this team.

Finally, I wish to thank my fellow directors for their valuable direction and advice to management in response to the challenges QBE and the industry faced in 2011. The directors have been especially diligent in providing increased oversight and support to the Group.

**Belinda Hutchinson AM**
**Chairman**



# North American operations review

"QBE's North American division offers a wide range of solutions in selected market segments and comprises five main business units covering reinsurance, intermediary, program, crop and financial institutions (QBE FIRST)."

**JOHN RUMPLER** PRESIDENT AND CHIEF EXECUTIVE OFFICER, NORTH AMERICAN OPERATIONS

| GROSS WRITTEN PREMIUM | UNDERWRITING RESULT | INSURANCE PROFIT |
|---|---|---|
| US**$7,529**M | US**$378**M | US**$440**M |
| Up **63**% from last year | Up **35**% from last year | Up **24**% from last year |

Despite a year of increased frequency and severity of weather-related claims, our specialised and diverse businesses produced a strong underwriting profit with a combined operating ratio of 90.6%. Underwriting profit was up 35% to US$378 million.

Gross written premium growth benefited from acquisitions completed in the first half of the year and emerging premium rate increases in the second half, particularly in property classes and workers' compensation. The acquisitions exceeded our expectations in relation to premium growth and overall underwriting profitability.

## MARKET CONDITIONS

In 2011, the majority of US insurers were adversely impacted by the increased frequency of catastrophe claims with 19 severe tornadoes, hail and flood claims and hurricane Irene. Combined with the subdued economic conditions and strong competition in most markets, the US property and casualty insurance industry experienced another challenging year, with many insurers reporting combined operating ratios in excess of 100%.

The higher claims cost has generally resulted in US insurers adjusting pricing and deductibles to improve profitability. Premium rates for North America were up 3% on average for renewed business and, in the last two quarters of 2011, up by around 4%. We expect further rate increases and continue to experience an improving trend in retention ratios for classes of business we have targeted to retain.

## COMBINED OPERATING RATIO AND INSURANCE PROFIT

The combined operating ratio was 90.6% which was an excellent result given the frequency of catastrophes, the competitive market and the less than average underwriting profit from crop insurance due to severe flooding and hail.

Insurance profit was US$440 million, up 24% compared with US$356 million in 2010, reflecting an insurance profit margin of 11.0% compared with 13.9% last year. The increased insurance profit was mainly due to the growth and profit in QBE FIRST's lender placed homeowners business which, for 2011, represents over 27% of the total gross written premium for North America. However, the lower investment yield on policyholders' funds and increased catastrophes adversely impacted the insurance profit margin.

### HISTORICAL OVERVIEW IN US DOLLARS

| FOR THE YEAR ENDED 31 DECEMBER | | 2011 | 2010 | 2009 | 2008 |
|---|---|---|---|---|---|
| Gross written premium | US$M | **7,529** | 4,606 | 3,648 | 3,417 |
| Net earned premium | US$M | **4,018** | 2,555 | 2,211 | 2,332 |
| Combined operating ratio | % | **90.6** | 89.1 | 89.0 | 93.9 |
| Insurance profit | US$M | **440** | 356 | 326 | 271 |
| Insurance profit margin | % | **11.0** | 13.9 | 14.7 | 11.6 |



## QBE FIRST

**Sterling National and Balboa Insurance agencies, acquired in 2008 and 2011 respectively, now operate as QBE FIRST, a leading provider of mortgage and auto lender placed protection solutions, voluntary insurance products, loss mitigation services and customised property tax solutions.**

We serve mortgage and auto lenders, mortgage servicers, financial institutions and homebuilders of all sizes, generating over US$2.0 billion of gross written premium from this specialised business.

*In line with the QBE Group's vision, in 2012 we intend to further develop our support functions and build a seamless business interface for our growing intermediary platform.*

This new IT infrastructure will enable QBE FIRST to offer additional products and services to our extensive agency partner network. Expanded automation and on-line services will add significant value to our all our customers.

## PREMIUM INCOME

Gross written premium was up 63% to US$7,529 million compared with US$4,606 million in 2010. Premium growth benefited from US$1,486 million of new gross written premium from the distribution agreement with Bank of America and underwriting of the Balboa Insurance lender placed homeowners portfolios from 1 April 2011. In addition, US$1,962 million of gross written premium was generated from crop insurance with the acquisition of NAU Country in 2010 and the US Renaissance Re insurance and agency operations acquired with effect from 1 January 2011.

Net earned premium was up 57% to US$4,018 million compared with US$2,555 million in 2010. Net earned premium growth was also driven by acquisition activity. Reinsurance expense was up 2% to 46% of gross earned premium, with the increase mainly due to crop insurance. Excluding proportional reinsurance with our captive, Equator Re, the reinsurance expense ratio would have been 18% (2010 19%).

### PORTFOLIO MIX

| GROSS EARNED PREMIUM FOR THE YEAR ENDED 31 DECEMBER | 2011 % | 2010 % |
|---|---|---|
| Property | 33.9 | 29.3 |
| Agriculture and bloodstock | 27.3 | 18.3 |
| Motor and motor casualty | 11.4 | 15.1 |
| Casualty | 9.0 | 13.5 |
| Householders | 6.3 | 4.1 |
| Workers' compensation | 4.9 | 5.7 |
| Financial and credit | 4.2 | 6.9 |
| Accident and health | 2.9 | 7.0 |
| Other | 0.1 | 0.1 |

## CLAIMS EXPERIENCE

The net claims ratio was 65.2% compared with 62.4% in 2010. The higher ratio was due to the frequency and increased severity of weather-related catastrophe claims from tornado activity in the first half of 2011, and windstorms, bushfires, flood and hail events in the second half which impacted our intermediary, program and crop segments. Partly offsetting this claims activity was continued strong performance in QBE FIRST due to lower than expected catastrophe claims in this portfolio.

There was a strengthening of prior accident year claims provisions within our program and intermediary segments with the overall claims provision and risk margin levels remaining stable. Our program and intermediary segments underperformed as a result of increased catastrophes and a higher frequency of attritional claims.

## COMMISSION AND EXPENSES

The total commission and expense ratio to net earned premium was 25.4%, down from 26.7% in 2010. The decrease was mainly due to the crop and QBE FIRST lender placed homeowners businesses which both operate at a lower combined commission and expense ratio.

The commission ratio was 6.6% compared with 9.6% in 2010, with the lower ratio mainly due to the significant increase in crop business and the changing mix of business in the North American portfolio.

The expense ratio was up to 18.8% from 17.1%. The increase was driven by integration costs primarily associated with the acquisition of the Balboa business and lower net agency income from third parties.

## NORTH AMERICAN OPERATIONS REVIEW CONTINUED

**UNDERWRITING RESULT**

| FOR THE YEAR ENDED 31 DECEMBER | | 2011 | 2010 |
|---|---|---|---|
| Gross written premium | US$M | **7,529** | 4,606 |
| Gross earned premium | US$M | **7,431** | 4,563 |
| Net earned premium | US$M | **4,018** | 2,555 |
| Net incurred claims | US$M | **2,622** | 1,594 |
| Net commission | US$M | **264** | 246 |
| Expenses | US$M | **754** | 436 |
| Underwriting result | US$M | **378** | 279 |
| Claims ratio | % | **65.2** | 62.4 |
| Commission ratio | % | **6.6** | 9.6 |
| Expense ratio | % | **18.8** | 17.1 |
| Combined operating ratio | % | **90.6** | 89.1 |
| Insurance profit to net earned premium | % | **11.0** | 13.9 |

## ACQUISITIONS

Acquisitions in the first half of the year included the US insurance operations of Renaissance Re as well as the Balboa distribution agreement with Bank of America. The Renaissance Re acquisition was effective 1 January 2011, whilst Balboa was effective 1 April 2011. Total gross written premium from these acquisitions in a full year is expected to be around US$2.5 billion.

Our immediate focus is on integrating acquisitions to date, maximising synergies and cross-selling opportunities within our existing business and improving the profitability of our intermediary and program business.

## OTHER DEVELOPMENTS

The North American division's long-term strategic plan to achieve greater efficiency in systems, distribution and claims handling progressed significantly in 2011. Benefits were delivered primarily from claims efficiencies due to improved vendor management, data governance, data centre consolidation and better information systems. Key business development accomplishments during the year included the launch of new businesses such as the major brokers unit and our specialist aviation team, the progressive alignment and integration of our agency operations within our mainstream businesses and the launch of a number of major technology projects.

## OUTLOOK FOR 2012

Gross written premium for 2012 for our US operations is forecast to be around US$7.1 billion; however, this is subject to crop premium rates for 2012 which are dependent on commodity prices.

We have increased prices in most classes of business and adjusted deductibles where appropriate. We expect overall average premium rate increases on renewed business, excluding crop, of close to 5%. We are focusing on the profitability of specialist programs and ensuring higher levels of efficiency and improved products within our independent agency businesses. Our reinsurance business remains consistently profitable and is now benefiting from improving market conditions.

Initiatives are in place and targeted to achieve an improvement in the combined operating ratio. These include cancelling some program and intermediary business; more efficient claims handling and claims cost leakage improvements; process and product enhancements; and systems consolidation.

We will maintain our strict underwriting discipline, with our aim to consistently produce an overall combined operating ratio of less than 90% and to exceed the Group's minimum target of 15% return on allocated capital for each of our products and businesses.

### 2012 FORECAST GWP US$7.1BN

| REINSURANCE US$500M | INTERMEDIARY US$1,400M | PROGRAM US$1,500M | CROP US$1,800M | QBE FIRST US$1,900M |
|---|---|---|---|---|

The division has again produced a sound result in what has been a prolonged challenging period for the US property and casualty industry. I would like to commend the team and thank them for their hard work and contributions, and their ability to remain focused on servicing our customers. We look forward to further improved profitability in 2012.

**John Rumpler**
**President and chief executive officer, North American operations**

# GLOSSARY OF INSURANCE TERMS

| | |
|---|---|
| **Accident year experience** | The matching of all claims occurring (regardless of when reported or paid) during a given 12 month period with all premium earned over the same period. |
| **Attritional claims ratio** | Total claims with a net cost of less than US$2.5 million as a percentage of net earned premium. |
| **Broker** | One who negotiates contracts of insurance or reinsurance on behalf of an insured party, receiving a commission from the insurer or reinsurer for placement and other services rendered. |
| **Capacity** | In relation to a Lloyd's member, the maximum amount of insurance premiums (gross of reinsurance but net of brokerage) which a member can accept. In relation to a syndicate, the aggregate of each member's capacity allocated to that syndicate. |
| **Casualty insurance** | Insurance that is primarily concerned with the losses caused by injuries to third persons or their property (i.e. not the policyholder) and the resulting legal liability imposed on the insured. It includes, but is not limited to, general liability, employers' liability, workers' compensation, professional liability, public liability and motor liability insurance. |
| **Catastrophe reinsurance** | A form of excess of loss reinsurance that, subject to specified limits, indemnifies the insured for the amount of loss in excess of a specified retention with respect to an accumulation of claims resulting from a catastrophe event or series of events. |
| **Claim** | The amount payable under a contract of insurance or reinsurance arising from a loss relating to an insured event. |
| **Claims incurred** | The aggregate of all claims paid during an accounting period adjusted by the change in the claims provision for that accounting period. |
| **Claims provision** | The estimate of the most likely cost of settling present and future claims and associated claims adjustment expenses plus a risk margin to cover possible fluctuation of the liability. |
| **Claims ratio** | Net claims incurred as a percentage of net earned premium. |
| **Combined operating ratio** | The sum of the claims ratio, commission ratio and expense ratio. A combined operating ratio below 100% indicates profitable underwriting results. A combined operating ratio over 100% indicates unprofitable underwriting results. |
| **Commission ratio** | Net commission expense as a percentage of net earned premium. |
| **Deferred acquisition costs** | Acquisition costs relating to the unexpired period of risk of contracts in force at the balance sheet date which are carried forward from one accounting period to subsequent accounting periods. |
| **Excess of loss reinsurance** | A form of reinsurance in which, in return for a premium, the reinsurer accepts liability for claims settled by the original insurer in excess of an agreed amount, generally subject to an upper limit. |
| **Expense ratio** | Underwriting and administrative expenses as a percentage of net earned premium. |
| **Facultative reinsurance** | The reinsurance of individual risks through a transaction between the reinsurer and the cedent (usually the primary insurer) involving a specified risk. |
| **General insurance** | Generally used to describe non-life insurance business including property and casualty insurance. |
| **Gross claims incurred** | The amount of claims incurred during an accounting period before deducting reinsurance recoveries. |
| **Gross earned premium (GEP)** | The total premium on insurance earned by an insurer or reinsurer during a specified period on premiums underwritten in the current and previous underwriting years. |
| **Gross written premium (GWP)** | The total premium on insurance underwritten by an insurer or reinsurer during a specified period, before deduction of reinsurance premium. |

# GLOSSARY OF INSURANCE TERMS

| | |
|---|---|
| **Incurred but not reported (IBNR)** | Claims arising out of events that have occurred before the end of an accounting period but have not been reported to the insurer by that date. |
| **Insurance profit** | The sum of the underwriting profit (loss) and investment income on assets backing policyholders' funds. |
| **Insurance solvency ratio** | Ratio of net tangible assets to net earned premium. This is an important industry indicator in assessing the ability of general insurers to settle their existing liabilities. |
| **Inward reinsurance** | The reinsurance or assumption of risks written by another insurer. |
| **Large individual risk and catastrophe claims ratio** | The aggregate of claims each with a net cost of US$2.5 million or more as a percentage of net earned premium. |
| **Lenders' mortgage insurance (LMI)** | A policy which protects the lender (e.g. a bank) against non-payment or default on a residential property loan. |
| **Lloyd's** | Insurance and reinsurance market in London. It is not a company but is a society of individuals and corporate underwriting members. |
| **Long-tail** | Classes of insurance business involving coverage for risks where notice of a claim may not be received for many years and claims may be outstanding for more than one year before they are finally quantifiable and settled by the insurer. |
| **Maximum event retention (MER)** | The largest loss to which an insurer will be exposed (taking into account the probability of that loss at a return period of one in 250 years) due to a concentration of risk exposures, after netting off any potential reinsurance assets and inward and outward reinstatement premiums. |
| **Net claims incurred** | The amount of claims incurred during an accounting period after deducting reinsurance recoveries. |
| **Net claims ratio** | Net claims incurred as a percentage of net earned premium. |
| **Net earned premium (NEP)** | Net written premium adjusted by the change in net unearned premium for a year. |
| **Net investment income** | Gross investment income net of foreign exchange gains and losses and investment expenses. |
| **Net underwriting profit (loss)** | The amount of profit (loss) from insurance activities exclusive of net investment income and capital gains or losses. |
| **Net written premium (NWP)** | The total premium on insurance underwritten by an insurer during a specified period after the deduction of premium applicable to reinsurance. |
| **Outstanding claims provision** | The amount of provision established for claims and related claims expenses that have occurred but have not been paid. |
| **Policyholders' funds** | Those financial assets held to fund the insurance provisions of the Group. |
| **Premium** | Amount payable by the insured or reinsured in order to obtain insurance or reinsurance protection. |
| **Proportional reinsurance** | A type of reinsurance in which the original insurer and the reinsurer share claims in the same proportion as they share premiums. |
| **Recoveries** | The amount of claims recovered from reinsurance, third parties or salvage. |
| **Reinsurance** | An agreement to indemnify a primary insurer by a reinsurer in consideration of a premium with respect to agreed risks insured by the primary insurer. The enterprise accepting the risk is the reinsurer and is said to accept inward reinsurance. The enterprise ceding the risks is the cedent or ceding company and is said to place outward reinsurance. |



# GLOSSARY OF INSURANCE TERMS

| | |
|---|---|
| **Reinsurance to close** | A reinsurance agreement under which members of a syndicate, for a year of account to be closed, are reinsured by members who comprise that or another syndicate for a later year of account against all liabilities arising out of insurance business written by the reinsured syndicate. |
| **Reinsurer** | The insurer that assumes all or part of the insurance or reinsurance liability written by another insurer. The term includes retrocessionaires, being insurers that assume reinsurance from a reinsurer. |
| **Retention** | That amount of liability for which an insurance company will remain responsible after it has completed its reinsurance arrangements. |
| **Retrocession** | Reinsurance of a reinsurer by another reinsurance carrier. |
| **Survival ratio** | A measure of how many years it would take for dust disease claims to exhaust the current level of claims provision. It is calculated on the average level of claims payments in the last three years. |
| **Syndicate** | A member, or group of members, underwriting insurance business at Lloyd's through the agency of a managing agent. |
| **Treaty reinsurance** | Reinsurance of risks in which the reinsurer is obliged by agreement with the cedant to accept, within agreed limits, all risks to be underwritten by the cedant within specified classes of business in a given period of time. |
| **Underwriting** | The process of reviewing applications submitted for insurance or reinsurance coverage, deciding whether to provide all or part of the coverage requested and determining the applicable premium. |
| **Underwriting expenses** | The aggregate of policy acquisition costs, excluding commissions, and the portion of administrative, general and other expenses attributable to underwriting operations. |
| **Underwriting profit (loss)** | The amount of profit (loss) from insurance activities exclusive of net investment income and capital gains or losses. |
| **Underwriting year** | The year in which the contract of insurance commenced or was underwritten. |
| **Unearned premium** | The portion of a premium representing the unexpired portion of the contract term as of a certain date. |
| **Written premium** | Premiums written, whether or not earned, during a given period. |

Designed and produced by ArmstrongQ – www.armstrongQ.com.au



QBE Insurance Group Limited

82 Pitt Street
Sydney 2000 Australia
Phone +61 2 9375 4444
www.qbe.com