# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR TIGBAO and DOROTHY TIGBAO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QBE FINANCIAL INSTITUTION RISK SERVICES, INC., d/b/a QBE FIRST, a Delaware Corporation, and DOES 1-50,<br><br>Defendants. | CASE NO.:  SACV 13-00177-JLS (JCx)<br><br>*Assigned for all purposes to the Honorable Josephine L. Staton*<br><br>**ORDER DENYING (IN PART) PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

On April 11, 2014, pursuant to Local Rule 79-5.1 of the United States District for the Central District of California, plaintiffs Omar Tigbao and Dorothy Tigbao submitted an application to file the following documents under seal:

1. Exhibit 12 to the Declaration of Wyatt A. Lison in Support of Plaintiff's Motion for Class Certification.

2. Exhibit 13 to the Declaration of Wyatt A. Lison in Support of Plaintiff's Motion for Class Certification.

1    IT IS HEREBY ORDERED that the above-referenced documents be filed and
2 provisionally maintained under seal for ten (10) days from the date of this Order.  Any
3 party seeking to maintain the documents under seal shall file an application that conforms
4 to the requirements of paragraph nine of this Court's Initial Standing Order (Doc. 7.)
5 Failure to do so within the allotted time frame shall result in the immediate unsealing of
6 all documents.

**SO ORDERED:**

DATED:    April 17, 2014

<u>JOSEPHINE L. STATON</u>
Honorable Josephine L. Staton
United States District Judge