Michael D. Braun (CSB 167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Tel.:  (310) 836-6000
Fax:  (310) 836-6010
Email:  service@braunlawgroup.com

Joseph N. Kravec, Jr.
(admitted *pro hac vice*)
Wyatt A. Lison (admitted *pro hac vice*)
**FEINSTEIN DOYLE
  PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.:  (412) 281-8400
Fax:  (412) 281-1007
Email: jkravec@fdpklaw.com
Email: wlison@fdpklaw.com

Stephen F. Yunker (CSB 110159)
**YUNKER & SCHNEIDER**
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.:  (619) 233-5500
Fax:  (619) 233-5535
Email:  sfy@yslaw.com

James M. Pietz (admitted *pro hac vice*)
**PIETZ LAW OFFICE**
429 Forbes Avenue, Suite 1710
Allegheny Building
Pittsburgh, PA 15219
Tel.:  (412) 288-4333
Fax   1-866-633-1820
Email: jpietz@pietzlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION – SANTA ANA COURTHOUSE

| | |
|---|---|
| OMAR TIGBAO and DOROTHY TIGBAO on behalf of themselves and similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>QBE FINANCIAL INSTITUTION RISK SERVICES, INC., d/b/a QBE FIRST, a Delaware Corporation, and DOES 1-50,<br><br>　　　　　Defendants. | Case No. SACV13-00177 JLS (JCx)<br><br>**PARTIES' STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned proceeding ("Action") that Plaintiff Dorothy Tigbao voluntarily dismisses the Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties agree to bear their own attorneys' fees, costs and expenses, except as otherwise agreed in writing.

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 11, 2015                             Respectfully submitted,

| | |
|---|---|
| /s/ Katherine L. Halliday<br>Katherine L. Halliday<br>(admitted *pro hac vice*)<br>Robyn C. Quattrone (*pro hac vice*)<br>Andrew R. Louis (*pro hac vice*)<br>**BUCKLEYSANDLER LLP**<br>1250 24th Street NW, Suite 700<br>Washington, DC 20037<br>Telephone: (202) 349-8000<br>Facsimile: (202) 349-8080<br>Email:<br>khalliday@buckleysandler.com<br>rquattrone@buckleysandler.com<br>alouis@buckleysandler.com<br><br>Fredrick S. Levin (Bar No. 187603)<br>**BUCKLEYSANDLER LLP**<br>100 Wilshire Boulevard, Suite 1000<br>Santa Monica, CA 90401<br>Telephone: (310) 424-3900<br>Facsimile: (310) 424-3961<br>Email: flevin@buckleysandler.com<br><br>*Attorneys for Defendant QBE Financial Institution Risk Services, Inc.* | /s/Joseph N. Kravec, Jr.<br>Joseph N. Kravec, Jr.<br>(admitted *pro hac vice*)<br>Wyatt A. Lison (admitted *pro hac vice*)<br>**FEINSTEIN DOYLE**<br>  **PAYNE & KRAVEC, LLC**<br>Allegheny Building, 17th Floor<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel.: (412) 281-8400<br>Fax: (412) 281-1007<br>Email: jkravec@fdpklaw.com<br>Email: wlison@fdpklaw.com<br><br>Stephen F. Yunker (CSB 110159)<br>**YUNKER & SCHNEIDER**<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Tel.: (619) 233-5500<br>Fax: (619) 233-5535<br>Email: sfy@yslaw.com<br><br>James M. Pietz (admitted *pro hac vice*)<br>**PIETZ LAW OFFICE**<br>429 Forbes Avenue, Suite 1710<br>Allegheny Building<br>Pittsburgh, PA 15219<br>Tel.: (412) 288-4333<br>Fax  1-866-633-1820<br>Email: jpietz@pietzlaw.com<br><br>*Attorneys for Plaintiffs Omar Tigbao and Dorothy Tigbao on behalf of themselves and similarly situated* |